[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 22, 2008
THOMAS K. KAHN
CLERK

No. 07-13335
Non-Argument Calendar

D. C. Docket No. 06-21504-CV-AJ

JIM REYES,

Plaintiff-Appellant,

versus

TRUGREEN LIMITED PARTNERSHIP,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

**(February 22, 2008)**

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

In his two-count amended complaint in this case, Jim Reyes seeks

compensatory and punitive damages against his former employer, TruGreen Limited Partnership, under Florida's Workers' Compensation law, in Count I, and compensatory damages under Florida's Whistle-Blowers Act, in Count II. The gist of Reyes's allegations is that TruGreen retaliated against him for filing a worker's compensation claim and for giving deposition testimony in a worker's compensation retaliation case filed by another TruGreen employee. After the parties joined issue and engaged in discovery, TruGreen moved for summary judgment.

In a comprehensive order in which it dealt at length with each of Reyes's allegations, the district court found no merit in Reyes's claims and granted TruGreen summary judgment. Record, Vol. 2 at Tab 62. Reyes now appeals, claiming error in each of the district court's dispositive rulings. We find no error, and for the reasons the court gave in its order granting summary judgment, we conclude that Reyes's claims lack merit.

**AFFIRMED.**